AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▼

| | | |
|---|---|---|
| FRANK M. CASTELLON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:20-cv-04894-SK |
| AMERICAN EXPRESS NATIONAL BANK, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of Marin                                                                                                          .

Date:     10/08/2020

/s/Kate T. Spelman
*Attorney's signature*

Kate T. Spelman (CA Bar No. 269109)
*Printed name and bar number*
JENNER & BLOCK, LLP
633 W. 5th Street, Suite 3600
Los Angeles, CA 90071

*Address*

KSpelman@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*